UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: Application for Exemption from the Electronic Public Access Fees for Judge Jungil Kim, a student at Boston University School of Law | ) ) ) ) ) | Miscellaneous Business Docket No. 17-mc-91030-PBS |

ORDER

This matter is before the Court upon the application and request by Eric D. Dunbar, student from Boston University School of Law for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that law student Eric D. Dunbar falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Eric D. Dunbar has demonstrated that an exemption is necessary in order to avoid unreasonable burdens to prepare a research paper required in class for a seminar at Boston University Law School entitled "Judging in the American Legal System." Accordingly, Eric D. Dunbar shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court. He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to this user and is valid only for the purposes stated above;
2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. By accepting this exemption, Eric D. Dunbar agrees not to sell for profit any data obtained as a result of receiving this exemption;
4. This exemption is valid from February 8, 2017 through May 31, 2017.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated: February 8 2017

Patti B. Saris, Chief Judge