March 25, 2020

Chief Judge F. Dennis Saylor IV
John Joseph Moakley Courthouse
1 Courthouse Way - Suite 4130
Boston, MA 02210

Re: Request for exemption from PACER access fees

Dear Chief Judge Saylor:

      As one of my extracurricular activities, I teach a small seminar on Judging in the American Legal System at Boston University School of Law.  A significant aspect of the course is the preparation of a research paper.  I require these papers to include genuine investigation of primary source materials.  To that end, I seek to have one of my law students afforded PACER access without fee during this semester.

      Having talked with our Clerk, it appears this could best be accomplished by opening a single account (terminating on May 31, 2020) to which the following law student would have access:

    **Abigail Skinner**
    **Ads2021@bu.edu**

      Please call me at 617-312-0892 should you have any questions or reservations.

                  Respectfully,

                  /s/ William G. Young

cc: Rob Farrell, Clerk of Court