# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: Application for Exemption from the Electronic Public Access Fees by Boston University School of Law | Miscellaneous Business Docket No. 17-mc-91030-FDS |

## ORDER

This matter is before the Court upon the request for Abigail Skinner, law student at Boston University School of Law for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that law student Abigail Skinner fall within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, the student has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Abigail Skinner shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred during participation in and pursuant to the requirements of a seminar on *Judging in the American Legal System* taught by the Honorable William G. Young. Ms. Skinner shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. this fee exemption applies only to the one named user and is valid only for the purposes stated above;
2. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. by accepting this exemption, Abigail Skinner agrees not to sell for profit any data obtained as a result of receiving this exemption;
4. this exemption is valid through May 31, 2020, or the conclusion of the seminar, whichever first occurs.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated: March 26, 2020

F. Dennis Saylor, IV
Chief Judge